UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| DENISE EVA EAGLE HAWK, Estate of Verdell Eagle Hawk,<br><br>Plaintiff,<br><br>vs.<br><br>BUREAU OF INDIAN AFFAIRS, Pine Ridge; PROBATE HEARINGS DIVISION, United States Dept. of the Interior, Rapid City; ESTATE OF DARLENE J. CHASE IN WINTER, c/o Superintendent; GINA DIVELL, Pine Ridge Agency Superintendent, Bureau of Indian Affairs; GREAT PLAINS LAND TITLE AND RECORDS OFFICE, Bureau of Indian Affairs; OGLALA SIOUX TRIBE PRESIDENT; and HELENA R. FRANCES,<br><br>Defendants.[1] | 5:25-CV-05007-CCT<br><br>**ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND NOTICE OF RULE 4(m)** |

Plaintiff Denise Eva Eagle Hawk filed a pro se civil rights lawsuit. Docket 1. Although she initially filed a motion for leave to proceed in forma pauperis, Docket 2, she paid the full filing fee on October 1, 2025. Therefore, Eagle Hawk's motion for leave to proceed in forma pauperis, Docket 2, is denied as moot.

---

[1] Eagle Hawk lists different defendants on pages 1 and 2 of her complaint, Docket 1. As this Court understands Eagle Hawk's complaint, these are the seven defendants Eagle Hawk intended to name.

Because Eagle Hawk has paid the full filing fee and is not proceeding in forma pauperis, she is not automatically entitled to service by the United States Marshals Service. *See* Fed. R. Civ. P. 4(c)(3). Thus, this Court provides Eagle Hawk notice of Rule 4(m) of the Federal Rules of Civil Procedure.

Federal Rule of Civil Procedure 4(m) states in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Eagle Hawk is on notice of this Court's intention to dismiss her complaint without prejudice if she does not provide proof of service upon the defendants by **November 6, 2025**. If Eagle Hawk fails to serve each defendant by November 6, 2025, her respective claims against an unserved defendant will be dismissed without prejudice pursuant to Rule 4(m), unless she can show good cause for her failure to serve the defendant.

Thus, it is ORDERED:

1. That Eagle Hawk's motion for leave to proceed in forma pauperis, Docket 2, is denied as moot.
2. That the Clerk's Office shall mail to Eagle Hawk seven blank summons forms so that she may arrange for her own service of process on the defendants.

3. That Eagle Hawk will make proper service of the summons and complaint upon each defendant by **November 6, 2025**, or her respective claims against an unserved defendant will be dismissed without prejudice pursuant to Rule 4(m), unless she can show good cause for her failure to serve the defendant.

Dated October 6, 2025.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE
